UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON YOUNGS,

    Plaintiff,

v.

PAULA BECK, et al.,

    Defendants.
_____/

Case No. 1:23-cv-473

Hon. Hala Y. Jarbou

### ORDER

On October 17, 2023, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Court deny Defendants' motion for summary judgment based on Plaintiffs' failure to exhaust their administrative remedies (ECF No. 29). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 29) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that MDOC Defendants Allenbaugh & Wease's Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 22) is **DENIED**.

Dated: November 20, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE