UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON YOUNGS,

    Plaintiff,

v.

                                      Case No. 1:23-cv-473

PAULA BECK, et al.,
                                      Hon. Hala Y. Jarbou

    Defendants.
_____/

## **ORDER**

On June 7, 2024, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Court grant Defendants' motions for summary judgment (R&R, ECF No. 47). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 47) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Paula Beck's Motion for Summary Judgment (ECF No. 42) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants Kim Wease and April Allenbaugh's Motion for Summary Judgment (ECF No. 43) is **GRANTED**.

A judgment will issue in accordance with this order.

Dated: July 8, 2024                                    /s/ Hala Y. Jarbou
                                                       HALA Y. JARBOU
                                                       CHIEF UNITED STATES DISTRICT JUDGE